IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br>SCHEDULE OF COLLATERALS WHICH MAY BE FORFEITED IN LIEU OF APPEARANCE FOR CERTAIN VIOLATIONS OF PETTY OFENSES IN THE DISTRICT OF PUERTO RICO | MISC NO. 06-253 (JAF) |

### ORDER

The Schedule of Collateral Forfeitures previously approved by this Court is hereby amended to include new offense and to increase and/or decrease collateral amounts as to some offenses, as set forth in extensor in the attached list made part hereto.

These amendments will take effect ten (10) days from the date of this Order.

IT IS SO ORDERED.

San Juan, Puerto Rico, this _5th_ day of _December_ 2006.

_____
José Antonio Fusté
Chief U.S. District Judge
District of Puerto Rico

DEC 0 7 2006

s/c: AUSA José A. Ruiz